ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-499-WBS |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO MARIO MORALES MARTINEZ AND RECALLING ARREST WARRANT |
| v. | |
| MARIO MORALES MARTINEZ, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment against Mario Morales Martinez, filed November 19, 2009. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against Mario Morales Martinez is dismissed without prejudice.

SO ORDERED.

Dated: September 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER DISMISSING INDICTMENT